**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

SAUNDERS VENTURES, INC., d/b/a
SAUNDERS & ASSOCIATES,

                Plaintiff,

        v.

MEG SALEM, a/k/a MARGARET SALEM,
COMPASS HAMPTONS, LLC, URBAN
COMPASS, INC., d/b/a COMPASS,

             Defendants.

Case No. 15-cv-6925 (LDW) (ARL)

## CORPORATE DISCLOSURE STATEMENT

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and
Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned
counsel for Defendants Compass Hamptons, LLC ("Compass Hamptons") and Urban Compass,
Inc. ("Urban Compass," and together with Compass Hamptons, the "Compass Defendants") state
that the Compass Defendants are nongovernmental privately-held corporate parties in the above-
captioned action.  The Compass Defendants are unaware of any publicly held corporation that
owns 10% or more of the Compass Defendants' stock.  Compass Hamptons is a wholly-owned
subsidiary of Compass Brokerage, LLC, which is a wholly-owned subsidiary of Urban Compass.
Urban Compass does not have any parent corporation.

Dated:  May 12, 2016           Respectfully submitted,
       New York, New York

                                      */s/ Atif Khawaja*
                                      Eric F. Leon, P.C.
                                      Atif Khawaja
                                      Jonathan Schoepp-Wong
                                      601 Lexington Avenue
                                      New York, New York 10022
                                      Telephone:  (212) 446-4800
                                      Facsimile:  (212) 446-4900

                                      *Counsel for Compass Defendants*